UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case No:3:19-CR-49                                         Date:   August 29, 2019

United States of America          vs.          Christina Cook

**PROCEEDINGS:  Change of Plea.** The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged.

---

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

---

| Julie Norwood | Rebekah Lockwood | Amanda Latham |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Brent Jones | | Randall Reagan |
|---|---|---|
| **Asst. U.S. Attorney** | | **Attorney for Defendant** |

- Defendant waives reading of Indictment
- Defendant Pleads guilty to count(s) 1 of the Superseding Indictment
- Referred for Presentence Investigative Report.

DATE SET:    **Sentencing:** February 4, 2020 @ 3:00
                          **Before** the Honorable Thomas A. Varlan, United States District Judge

> • Parties must adhere to Local Rules 83.9(c) & 83.9(j):

- Defendant remanded to custody of the U.S. Marshal

2:30 to 2:50